UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANE DUVALL BRADFORD

        Petitioner,         Civil Case No. 05-CV-73732
                              Criminal Case No. 04-CR-80367

v.         HON. DENISE PAGE HOOD

UNITED STATES OF AMERICA,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Order entered this date, and the Court having entered an Order dismissing this matter;

Accordingly, judgment is entered in favor of Respondent and against the Petitioner.

        DAVID J. WEAVER
        CLERK OF THE COURT

Approved:         By:s/ Wm. F. LEWIS
                Deputy Clerk

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

DATED: June 30, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 30, 2006, by electronic and/or ordinary mail.

        s/William F. Lewis
        Case Manager